| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUN CHEN,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO GONZALEZ, Director of U.S.<br>Citizen and Immigration Services;<br>ROBERT S. MUELLER, Director<br>of Federal Bureau of Investigations;<br><br>             Defendants. | No. C 06-7362 PVT<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS; and [PROPOSED] ORDER** |

The plaintiff, appearing *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. The plaintiff filed an action on November 30, 2006, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

2. The case management conference is currently scheduled for July 31, 2007 at 2:00 p.m.

3. The defendants have filed a motion to dismiss the action and the hearing on that motion is scheduled for July 10, 2007.

4. Plaintiff, it appears, did not receive a copy of the motion to dismiss until recently and would like the opportunity to oppose the motion to dismiss.

Stipulation to Extend Dates
C06-7362 PVT                       1

5. Accordingly, the parties respectfully ask this Court to reschedule the case management conference and the hearing on defendants' motion to dismiss to August 28, 2007.

Dated: July 6, 2007                    Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       _____/s/_____
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorney for Defendants


Dated: July 6, 2007                    _____/s/_____
                                       JUN CHEN
                                       *Pro se*


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 9, 2007

                                       [signature: Patricia V. Trumbull]
                                       _____
                                       PATRICIA V. TRUMBULL
                                       United States Magistrate Judge

Stipulation to Extend Dates
C06-7362 PVT                                    2

copies mailed on   July 9, 2007   to:

Plaintiff (pro se)
Jun Chen
1246 Briarleaf Circle
San Jose, CA 95131

/s/ Corinne Lew
CORINNE LEW
Courtroom Deputy

ORDER, *page 1*