SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUN CHEN, | No. C 06-7362 PVT |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND** ~~**[PROPOSED]**~~ **ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of U.S. Citizen and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigations; | |
| Defendants. | |

///

///

Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the approval of Plaintiff's adjustment of status application. Defendant United States Citizenship and Immigration Services further agrees to adjudicate Plaintiff's wife's application for adjustment of status as soon as her biometrics are updated.

The parties also ask the Court to vacate the September 18, 2007 hearing on Defendants' motion to dismiss.

Stipulation to Dismiss
C06-7362 PVT                                     1

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: August 29, 2007                    Respectfully submitted,

4                                            SCOTT N. SCHOOLS
                                             United States Attorney
5

6
                                             _____/s/_____
7                                            ILA C. DEISS
                                             Assistant United States Attorney
8                                            Attorney for Defendants

9

10 Dated: August 30, 2007                    _____/s/_____
                                             JUN CHEN
11                                           *Pro se*

12

13
                                    **ORDER**
14
      Pursuant to stipulation, IT IS SO ORDERED.
15

16
                                    *[signature: Patricia V. Trumbull]*
17 Date:   September 4, 2007         _____
                                     PATRICIA V. TRUMBULL
18                                   United States Magistrate Judge

Stipulation to Dismiss
C06-7362 PVT                        2